# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clark, Ron | District Court, E.D. Texas | 06/10/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior Status | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

300 Willow #104
Beaumont, TX 77701

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Owner 529 Acct 1 | 529 Acct 1 |
| 2. | Owner 529 Acct 2 | 529 Acct 2 |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1997 | State of Texas Retirement Plan, no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clark, Ron** | 06/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Self employed movie, video, & music recording producer as sole owner and operator of Take A Bow, LLC. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EDTX Bar Association | March 23, 2019 | San Antonio TX | Judges Meeting | Meal |
| 2. | EDTX Bar Association | May 6, 2019 | New Orleans, LA | 5th Circuit Conference | Meal |
| 3. | EDTX Bar Association | May 14-16, 2019 | Pottsboro & Plano TX | Planning meeting for Bench Bar Conference | Three meals |
| 4. | EDTX Bar Association | October 22-25, 2019 | Plano, TX | Bench Bar Conference | Two meals |
| 5. | EDTX Bar Association | February 20-21, 2019 | Sherman, TX | Speaker, Austin College Law Symposium | mileage, three meals, one night in hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clark, Ron** | 06/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clark, Ron** | 06/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. USAA Mutual Fund USEXX | A | Interest | J | T | | | | | |
| 2. USAA Mutual Fund USSPX | A | Dividend | K | T | | | | | |
| 3. Vanguard VMMXX Money Market | A | Dividend | K | T | | | | | |
| 4. Vanguard Windsor II Fund | E | Dividend | N | T | | | | | |
| 5. Vanguard Mutual Funds IRA 1 (H) | | | | | | | | | |
| 6. -Health Care Fund | E | Dividend | M | T | | | | | |
| 7. -Windsor II Fund | E | Dividend | N | T | | | | | |
| 8. -Explorer Fund | A | Dividend | J | T | | | | | |
| 9. -500 Index Fund | B | Dividend | M | T | | | | | |
| 10. Vanguard Mutual fund IRA 2 - Mid-cap Index Fund | A | Dividend | K | T | | | | | |
| 11. Vanguard Mutual fund IRA 3 - 500 Index Fund | A | Dividend | K | T | | | | | |
| 12. Vanguard Mutual Fund IRA 4 - 500 Index Fund | B | Dividend | L | T | | | | | |
| 13. American Mut. Fund IRA New Perspective Fund | E | Dividend | N | T | | | | | |
| 14. Vanguard Variable Annuity Small Co. Growth | | None | L | T | | | | | |
| 15. XOM com. stock | D | Dividend | M | T | | | | | |
| 16. BBVA USA (formerly CompassBank) Bank Accounts | A | Interest | L | T | | | | | |
| 17. 529 Acct 1 - American Funds (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. -New Perspective Fund | A | Dividend | J | T | | | | | |
| 19. -New World Fund | A | Dividend | J | T | | | | | |
| 20. -Capital Wrld Grwth & Income | A | Dividend | J | T | | | | | |
| 21. 529 Acct 2 American Funds (H) | | | | | | | | | |
| 22. -New Perspective Fund | A | Dividend | J | T | | | | | |
| 23. -New World Fund | A | Dividend | J | T | | | | | |
| 24. -Capital Wrld Grwth & Income | A | Dividend | J | T | | | | | |
| 25. AMGN com. stk | D | Dividend | O | T | | | | | |
| 26. AT&T com, stk | B | Dividend | K | T | | | | | |
| 27. ADP. com. stk | D | Dividend | N | T | | | | | |
| 28. CDK Global Inc. com.stk | A | Dividend | K | T | | | | | |
| 29. CVX com. stk | B | Dividend | K | T | | | | | |
| 30. KO com. stk | B | Dividend | L | T | | | | | |
| 31. ETN com. stk | D | Dividend | M | T | | | | | |
| 32. EMR com. stk | C | Dividend | L | T | | | | | |
| 33. HD com. stk | C | Dividend | N | T | | | | | |
| 34. LLY com. stk | B | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clark, Ron** | 06/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. MCD com. stk | B | Dividend | L | T | | | | | |
| 36. PEP com stk | C | Dividend | M | T | | | | | |
| 37. PFE com. stk | B | Dividend | K | T | | | | | |
| 38. SLB com. stk | B | Dividend | K | T | | | | | |
| 39. American Mutual Fund, New Perspective Fund | D | Dividend | N | T | | | | | |
| 40. American Mutual Fund Small Cap World | C | Dividend | L | T | | | | | |
| 41. BNY Mellon (formerlyDreyfus) S&P 500 Index Fund | E | Dividend | M | T | | | | | |
| 42. BNY Mellon (formerly Dreyfus) AMT-Free Mun. Bnd Fund | C | Dividend | M | T | | | | | |
| 43. BNY Mellon (formerly Dreyfus) Mun. Bnd. Fund | C | Dividend | L | T | | | | | |
| 44. UBS Bank USA, Deposit Account | B | Interest | M | T | | | | | |
| 45. UBS AG Deposit Accoount | A | Interest | J | T | | | | | |
| 46. Benficiary IRA (H) | | | | | | | | | |
| 47. -AT&T com. stk | B | Dividend | K | T | | | | | |
| 48. -CVX com. stk | D | Dividend | N | T | | | | | |
| 49. -XOM com.stk | E | Dividend | N | T | | | | | |
| 50. -WRE com. stk | B | Dividend | K | T | | | | | |
| 51. -WRI com. stka | A | Dividend | | | Sold | 10/31/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Clark, Ron** | 06/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -Nuveen S&P 500 Dyn. Overwrite Fund | B | Dividend | K | T | | | | | |
| 53. -Eaton Vance En. Equity Inc Fund | A | Dividend | J | T | | | | | |
| 54. -John Hancock Inc Sec. Fund | A | Dividend | J | T | | | | | |
| 55. -Lord AbbotBond Deb. Fund | B | Dividend | K | T | | | | | |
| 56. -Franklin H.I. Fund Class A | A | Dividend | J | T | | | | | |
| 57. -Franklin US Govt Sec. A | A | Dividend | | | Sold | 10/31/19 | J | | |
| 58. - Bank USA, Deposit Account | A | Interest | J | T | Distributed (part) | 11/04/19 | K | | |
| 59. Vanguard Health Care VHTA | A | Dividend | K | T | | | | | |
| 60. Schwab One cash ("sweep") account | A | Interest | K | T | | | | | |
| 61. Schwab Money Market account | A | Interest | J | T | | | | | |
| 62. Wells Fargo Bank | | None | K | T | | | | | |
| 63. Royalty Interest, Hardin County, Texas | A | Royalty | J | W | | | | | |
| 64. First State Bank | A | Interest | J | T | | | | | |
| 65. Equity points, "The Color Rose" movie | | None | J | W | Buy | 09/17/19 | J | | |
| 66. Equity points, "2000 Miles Til Christmas" movie | | None | M | W | Buy | 11/14/19 | L | | |
| 67. | | | | | Buy (add'l) | 12/02/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clark, Ron | 06/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Ron Clark**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544